UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Carol B. Metzger,

Plaintiff,

v.

Qwest Communications Corporation,
a Delaware corporation,

Defendant.

Civil File No. 02-421 DWF/SRN

**STIPULATION AND ORDER TO EXTEND TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND**

WHEREAS, Plaintiff served Defendant Qwest Communications Corporation ("Qwest") with the Complaint in the above-referenced matter on February 22, 2002;

WHEREAS, Qwest has requested an extension until Friday, March 22, 2002, to answer or otherwise respond to the above-referenced Complaint;

WHEREAS, Plaintiff's counsel has agreed to such extension;

NOW, THEREFORE, the parties, through their undersigned counsel, stipulate and agree that:

Qwest may have until Friday, March 22, 2002, to Answer or otherwise respond in the above-referenced matter.

FILED MAR 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: March 12, 2002

NICHOLS KASTER & ANDERSON, LLP

By_______________________________
J. Poage Anderson, Esq.
Diane M. Odeen
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

ATTORNEYS FOR PLAINTIFF

Dated: March 12, 2002

DORSEY & WHITNEY LLP

By_______________________________
Melissa Raphan, #0315291
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

ATTORNEYS FOR DEFENDANT QWEST

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED THAT:

1. Defendant shall have until March 22, 2002, to answer or otherwise respond to the above-referenced Complaint.

2. IT IS FURTHER ORDERED that the Clerk of Court shall enter and effect the terms of this Order accordingly.

Dated: March 13, 2002

Susan Richard Nelson
The Honorable Susan R. Nelson
United States District Court