UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Carol B. Metzger,
Plaintiff,

v.

Qwest Communications Corporation, a Delaware corporation,
Defendant.

Civil No. 02-421 DWF/SRN

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed that the above-captioned matter has been amicably resolved by the parties and that Plaintiff's Complaint may be dismissed with prejudice and without cost to any party.

Dated: 6/11/02, 2002

NICHOLS KASTER & ANDERSON, PLLP

By ______________________
J. Poage Anderson (#166194)
Diane M. Odeen (#284142
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919
Attorney for Plaintiff

Dated: 6/13, 2002

DORSEY & WHITNEY LLP

By ______________________
Melissa Raphan (#182795)
Eric Sjoding (#0314109
50 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-2600
Attorneys for Defendant

FILED JUN 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

BASED UPON THE FOREGOING STIPULATION, it is hereby ordered that Plaintiff's Complaint is hereby dismissed with prejudice and without cost to any party.

IT IS FURTHER ORDERED that the Clerk of Court shall enter ~~judgment accordingly~~ingly.

Dated: 2007, 2002

BY THE COURT

Honorable Donovan W. Frank
United States District Court Judge